# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-04992-JLS-KES | Date | August 27, 2018 |
| Title | Semajay J. Jackson v. London Fitchner, et al. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION**

On July 19, 2018, the Court granted Plaintiff an extension of time until August 1, 2018 to pay the filing fee (doc. 6), and having failed to pay the filing fee as of the date of this Order, this matter is hereby ordered DISMISSED immediately.

**IT IS SO ORDERED.**

Initials of Preparer    tg